**DENIED**
**DENIED WITHOUT PREJUDICE. FAILURE TO EVIDENCE SERVICE IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 3012-2. SEE LOCAL RULE 3007-1 (a).**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

In Re:

   ROBERT K. TRAFTON                      Case No.: 10-13649
   PHYLLIS TRAFTON

                                            Chapter 13

        Debtors.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

   ROBERT K. TRAFTON
   PHYLLIS TRAFTON

        Movants,

vs.

   CAPITAL ONE AUTO FINANCE,

   Respondent

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING MOTION TO VALUE COLLATERAL
### AND AVOID SECURITY INTEREST

Upon consideration of the Debtors'/Movants' motion, and any response filed thereto, and it appearing that proper notice has been given pursuant to 11 U.S.C. §506, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the value of the collateral securing Respondent's claim is $4,050.00; and it is further

ORDERED, that to the extent Respondent's claim exceeds the value of its collateral, it is unsecured; and it is further

ORDERED, that as such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

2002 Hyundai Sonata,

and it is further

ORDERED, that the claim of Respondent herein shall be treated under Debtors' plan as an allowed secured claim in an amount not to exceed the value of Respondent's collateral of $ 4,050.00, at 4.25% interest, and as an allowed, general unsecured claim for the balance.

IT IS SO ORDERED.

cc:
Debtor
Debtor's Attorney
Office of the U.S. Trustee
Chapter 13 Trustee

**END OF ORDER**
**2 OF 2**

[DENIED stamp overlay]