UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In Re: | * | |
|    ROBERT K. TRAFTON | | Case No.: 10-13649 |
|    PHYLLIS TRAFTON | * | Chapter 13 |
|        Debtors. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | |
|---|---|
| ROBERT K. TRAFTON | |
| PHYLLIS TRAFTON | * |
|    Movants, | * |
| vs. | * |
|  CAPITAL ONE AUTO FINANCE | * |
|    Respondent | * |

_____
SERVE ON:

S. Blair Korschun
Capital One Auto Finance
P.O. Box 201347
Arlington, TX 76006
*File Proof of Claim*

CSC - Lawyers Incorporating Service Company
7 St. Paul Street, Suite 1660
Baltimore, MD 21202
*Resident Agent per SDAT*

Richard D. Fairbank, Chairman & CEO
Capital One Auto Finance, Inc.
3901 N. Dallas Parkway
Plano, TX 75093

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SECOND MOTION TO DETERMINE SECURED STATUS
<u>PURSUANT TO 11 U.S.C. 506</u>**

Now come, Robert K. Trafton and Phyllis Trafton, the Debtors (hereinafter "Movants"), by undersigned counsel, and hereby file this Second Motion to Determine Secured Status, pursuant to 11 U.S.C. Section 506(a), on Debtors' vehicle and for

cause states:

1. This Court has subject matter jurisdiction of this Motion pursuant to 11U.S.C §506(a) and 1322(b) and Fed. Bank. R. 3012 and 9014 and 28 U.S.C. §157(b)(2)(B),(K).

2. On February 24, 2010, the Debtors commenced a case in this Court seeking relief under Chapter 13 of the Bankruptcy code.

## The Property

3. The Debtors own an interest in certain personal property scheduled as 2002 Hyundai Sonata, ("the vehicle"). See Schedule B.

## Liens

4. The property is encumbered by a security interest in favor of Capital One Auto Finance, Inc. ("Respondent") in the amount of approximately $32,923.09, per proof of claim number 4 filed in this case.

5. The Replacement Value of the property is $ 4,050.00, which is supported by an online valuation by the NADA Guides and obtained at www.nadaguides.com. See attached.

6. That a reasonable interest rate would be the prime rate, plus 1%, or 4.25% interest.

WHEREFORE, the Debtors pray this Honorable Court:

Enter an Order pursuant to 11 U.S.C §506 determining the lien of the Respondent herein, against the Debtors' 2002 Hyundai Sonata to be secured in the amount of $4,050.00 and unsecured for the balance owed.

Enter an Order to allow payment of the secured value of collateral through the

Chapter 13 Plan with an interest rate of 4.25%.

That this Court direct the Respondent to remove and release its recorded interest from the public record upon successful completion of this Chapter 13 case.

That this Court grants the Debtors such other and further relief as is just.

Date: May 17, 2010                               /s/ Jeffrey M. Sirody
                                                 Jeffrey M. Sirody, Fed. Bar No. 11715
                                                 Sirody Freiman & Feldman, P.C.
                                                 1777 Reisterstown Road, Suite 360
                                                 Baltimore, Maryland 21208
                                                 (410) 415-0445
                                                 Counsel for Debtors/Movants

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this, the 17th day of March 2010, a copy of the foregoing Second Motion to Determine Secured Status Pursuant to 11 U.S.C. § 506 and Proposed Order was mailed first-class, postage prepaid to:

| | |
|---|---|
| S. Blair Korschun<br>Capital One Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006 | CSC - Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 1660<br>Baltimore, MD 21202 |

via Certified Mail to:
Richard D. Fairbank, Chairman & CEO
Capital One Auto Finance, Inc.
3901 N. Dallas Parkway
Plano, TX 75093

and Electronically served upon:
U.S. Trustee
Chapter 13 Trustee

                                                 /s/ Jeffrey M. Sirody
                                                 Jeffrey M. Sirody, Esquire